Same case below, 300 S.W.3d 225.

**No. 09-11096. James Perkins, Petitioner v. Grantt Culliver, Warden, et al.**

562 U.S. 862, 131 S. Ct. 141, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 6406.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11098. Kevin Smith, Petitioner v. Jon Ozmint, Director, South Carolina Department of Corrections, et al.**

562 U.S. 862, 131 S. Ct. 142, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 5974.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 356 Fed. Appx. 646.

**No. 09-11102. J. F., Petitioner v. South Dakota.**

562 U.S. 862, 131 S. Ct. 142, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 6202.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of South Dakota denied.

Same case below, 789 N.W.2d 320.

**No. 09-11104. Gregory Franklin, Petitioner v. L. E. Scribner, Warden.**

562 U.S. 862, 131 S. Ct. 142, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 5870.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11105. Thomas L. Finley, Petitioner v. Jeremiah Nixon, Governor of Missouri.**

562 U.S. 862, 131 S. Ct. 142, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 6021.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11107. Kenneth D. Thomas, Petitioner v. James Fortner, Warden, et al.**

562 U.S. 862, 131 S. Ct. 142, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 5956.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-11108. Andre Williams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 862, 131 S. Ct. 143, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 6349,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11111. Howard A. Moniz, Petitioner v. Ken McKee, Warden.**

562 U.S. 862, 131 S. Ct. 143, 178 L. Ed. 2d 85, 2010 U.S. LEXIS 6080,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.